# ELECTRONIC RECORD

COA # 05-13-00546-CR                    OFFENSE: 22.02

STYLE: Edgar Alberto Romo v. The State of Texas          COUNTY: Collin

COA DISPOSITION:   AFFIRM          TRIAL COURT: 199th Judicial District Court

DATE: 04/17/2015          Publish: NO   TC CASE #: 199-82866-2012

# IN THE COURT OF CRIMINAL APPEALS

**581-15**
**582-15**

STYLE: Edgar Alberto Romo v. The State of Texas          CCA #:

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 10/14/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD